UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ISHWARDAT RAGHUNATH,

                Plaintiff,

   -against-

STATE OF NEW YORK, et al.,

                Defendants.
---------------------------------------------------------------X

**ORDER**
**23 CV 4622 (HG)(LB)**

**BLOOM, United States Magistrate Judge:**

    *Pro se* plaintiff requests an extension of time to file an amended complaint. ECF No. 7.

The request is granted. Plaintiff shall file an amended complaint by September 22, 2023.

SO ORDERED.

                                                          /S/
                                          LOIS BLOOM
                                          United States Magistrate Judge

Dated: August 28, 2023
       Brooklyn, New York